IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CRIMINAL CASE |
| | : NO: 7:22-cr-64 (WLS) |
| GEORGE GRANT, aka "Pablo" | : |
| Defendant. | : |

### ORDER

Before the Court is the Motion for a Protective Order Governing Discovery Material (Doc. 26) ("Motion") filed on behalf of the Government requesting the Court enter an order restricting "defense counsel from disseminating any sensitive personal information (such as information that could identify the confidential source) [to] the Defendant without them first being redacted. The proposed order would also prohibit persons outside of those necessary to prepare the defense from obtaining or reviewing those materials." *Id.* The Government relies on Federal Rule of Criminal Procedure 16(d)(1) as authority for the Court to issue such order. The Government contends that disclosure of the confidential source and personal identifying information would (1) pose a risk that witnesses will be harmed or intimidated, and (2) compromise ongoing investigations.

Based on the foregoing, the Court hereby **ORDERS** that Defendant shall file his response and/or objection to the Motion, if any, within seven (7) days of entry of this Order.

**SO ORDERED**, this 21st day of February 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**