IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO: 7:22-cr-64 (WLS)** |
| : | |
| **GEORGE GRANT, aka "Pablo"** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## **ORDER**

On December 15, 2022, Defendant George Grant, aka "Pablo", was indicted by a grand jury in a three count indictment. (Doc. 1.) Count One and Count Two charge Distribution of Methamphetamine in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(viii) and 18 U.S.C. § 2. (*Id.*) Count Three charges Distribution of Methamphetamine in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2. (*Id.*)

On February 16, 2023, the Government filed a Motion for a Protective Order Governing Discovery Material. (Doc. 26.) Therein, the Government moves for protective order limiting the use and dissemination of discovery material and information in the above captioned case to protect the identify of a confidential source. (*Id.*) The Government also references a proposed order, which to date has not been filed on the record, that the Government claims would balance the defense team's need for access to materials with the privacy concerns of individuals and businesses associated with the discovery materials. (*Id.*) The Government provides no case law to support their motion, but rather claims that the authority to issue a protective order in this matter is authorized by "Federal Rule of Criminal Discovery 16(d)(1)." (*Id.*)

In order to ensure the prompt resolution of this matter, Defense Counsel was ordered to file a Response and/or Objection to the Government's Motion on February 21, 2023. (Doc. 27.) Defense Counsel has not filed the required response within the time ordered by the Court, nor has counsel requested an extension of time to file such response.

As the Government's Motion (Doc. 26) did not provide sufficient information for this Court to determine whether good cause for a Protective Order in this case exists, but rather vaguely references a non-submitted proposed order, the Government is hereby **ORDERED** to file on the record the proposed order within seven (7) days of the entry of this Order. In order for the Court to properly exercise its discretion pursuant to Federal Rule of Criminal Procedure 16(d) the Government is also hereby **ORDERED** to include with that proposed order the facts, reasons and relevant case law that authorize the issuance of a protective order to protect the identities of confidential informants. If necessary, the detailed facts and reasons may be submitted to the Court *ex parte*.

**SO ORDERED**, this 2nd day of March 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**